MICHAEL D. BRUNO (SBN: 166805)
RYAN B. POLK (SBN: 230769)
GORDON & REES LLP 275
Battery Street, Suite 2000 San
Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054
mbruno@gordonrees.com
rpolk@gordonrees.com

Attorneys for Defendant DAIICHI SANKYO, INC.

S. BRETT SUTTON 143107
JARED HAGUE 251517
SUTTON HAGUE LAW CORPORATION
6715 North Palm Avenue, Suite 216
Fresno, California 93704
Telephone: (559) 325-0500
Facsimile: (559) 981-1217
brett@suttonhague.com
jared@suttonhague.com

Attorneys for Plaintiff KEVIN BURNS

UNITED STATES DISTRICT COURT

EASTERN DISCTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| KEVIN BURNS, an individual, residing in California, | CASE NO. 1:13-cv-02077 GSA |
| Plaintiff, | JOINT REQUEST FOR DISMISSAL AND ORDER |
| vs. | |
| DAIICHI SANKYO, INC., a Delaware Corporation, and DOES 1 through 50, inclusive, | Date Action Filed: October 8, 2013 |
| Defendants. | |

- I -

The parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate that the above-captioned case be dismissed with prejudice.

Dated: October 1, 2014                GORDON & REES LLP

By: _____
MICHAEL D. BRUNO
Attorneys for Defendant
DAIICHI SANKYO, INC.

Dated: October 1, 2014                SUTTON HAGUE LAW CORPORATION

By_____
S. BRETT SUTTON
Attorneys for Plaintiff
KEVIN BURNS

## ORDER

Pursuant to the parties' foregoing stipulation, this action is dismissed in its entirety with prejudice. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **November 17, 2014**            **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE